**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                                    CASE NO. 3:04cr1-LAC

LA WANDA NALL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on January 3, 2006
Motion/Pleadings: MOTION TO MODIFY CURRENT SENTENCE
Filed by DEFENDANT                           on 12/30/05           Doc.# 142
RESPONSES:
                                             on                    Doc.#
                                             on                    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ Travis Green
LC (1 OR 2)                    Deputy Clerk: Travis Green

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) This Court lacks jurisdiction to modify Defendant's sentence.*

                                                                                               s/*L.A. Collier*
                                                                                             ***LACEY A. COLLIER***
                                                                            *Senior U.S. District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.