IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                           3:04cr1/LAC
                                              3:06cv245/LAC/MD

LA WANDA NALL, #05775-017
          Defendant.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Defendant filed a motion to vacate, set aside or correct sentence which was docketed by the clerk on June 6, 2006. (Doc. 145).  The court initially recommended that the motion be dismissed as premature due to the pendency of the defendant's petition for certiorari (doc. 146).  Defendant filed her § 2255 motion pro se, but the objections to the report and recommendation were filed by an attorney who did not file a formal notice of appearance in her behalf (doc. 147 & 148), and who failed to comply with the court's rules regarding electronic filings.[1]  (Doc. 149 & 150).   The court vacated its recommendation once the defendant's petition for certiorari was denied, and the government was directed to respond.  (Doc. 151 & 152).   The government filed its response (doc. 153) and the court entered an order directing defendant to reply.  (Doc. 154).  This order was returned to the court as undeliverable on October 4, 2006 (doc. 155), and to date the defendant has not apprised the court of any

---

[1]The court notes that this attorney was provided with electronic notice of all other docket entries made in this case, including the order directing a response and the fact that said order was returned as undeliverable.  He has filed nothing further with the court, leading further credibility to the supposition  that he has never intended to be "counsel of record" in this matter.

change in her address.  The court has verified through the Bureau of Prisons website that the defendant was released on October 13, 2006.

Accordingly, it is respectfully RECOMMENDED:

That the defendant's 2255 motion be dismissed without prejudice due to her failure to keep the court apprised of her current address and failure to prosecute this action.

At Pensacola, Florida, this 2nd day of November, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **<u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).